**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ZEPEDA BERNAL,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | Case No. 5:26-CV-06421-CTS<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed November 9, 2026 (ECF No. 8), IT IS ADJUDGED that the Petition is granted.

DATED: November 18, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE